AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MUHAMMAD A. AZIZ,<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES OF AMERICA,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 23-CV-8504<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America

       c/o U.S Attorney Breon Peace  c/o U.S. Attorney General Merrick B. Garland
       Eastern District of New York    U.S. Department of Justice
       271 Cadman Plaza East     950 Pennsylvania Avenue, NW
       Brooklyn, New York 11201    Washington, D.C. 20530-001

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David B. Shanies
                  Shanies Law Office LLC
                  110 West 40th Street, Tenth Floor
                  New York, New York 10018

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                       BRENNA B. MAHONEY
                       *CLERK OF COURT*

Date: _____      _____
                            *Signature of Clerk or Deputy Clerk*