UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MUHAMMAD A. AZIZ,

        Plaintiff,

– against –

UNITED STATES OF AMERICA,

        Defendant.

Case No. 23-CV-8504

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Deborah I. Francois of the Shanies Law Office PLLC hereby appears as counsel of record for Plaintiff Muhammad A. Aziz in this action.

Dated:  New York, New York
         November 16, 2023

                                            _____
                                            Deborah I. Francois
                                            Shanies Law Office
                                            110 West 40th Street, Tenth Floor
                                            New York, New York 10018
                                            (212) 951-1710 (Tel)
                                            (212) 951-1350 (Fax)
                                            *deborah@shanieslaw.com*