UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MUHAMMAD A. AZIZ,

        Plaintiff,

– against –

UNITED STATES OF AMERICA,

        Defendant.

Case No. 23-CV-8504

**NOTICE OF APPEARANCE**

---

        PLEASE TAKE NOTICE that Tristan M. Ellis of the Shanies Law Office PLLC hereby appears as counsel of record for Plaintiff Muhammad A. Aziz in this action.

Dated: New York, New York
       November 16, 2023

 

_____
Tristan M. Ellis
Shanies Law Office
110 West 40th Street, Tenth Floor
New York, New York 10018
(212) 951-1710 (Tel)
(212) 951-1350 (Fax)
*tristan@shanieslaw.com*